

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

BY ECF

June 14, 2023

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    *Santiago v. Fischer*, Nos. 23-814, 23-855

Dear Ms. Wolfe:

    I represent defendants-appellants-cross-appellees Superintendent Brian Fischer, Anthony J. Annucci, and Terrence X. Tracy. I write to inform the Court that I have not yet received all transcripts ordered for purposes of these proceedings. *See* ECF Dkt. No. 13 (No. 23-814). Within fourteen days of when all transcripts have been received, I will notify the Court of the deadline requested for the appellants' brief pursuant to Local Rule 31.2(a)(1)(A).

                            Respectfully submitted,

                            */s/ Blair J. Greenwald*

                            Blair J. Greenwald
                            Assistant Solicitor General
                            (212) 416-6102

cc:    All counsel of record (via ECF)