

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

BY ECF

June 27, 2023

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Santiago v. Fischer*, Nos. 23-814, 23-855

Dear Ms. Wolfe:

I represent defendants-appellants-cross-appellees Superintendent Brian Fischer, Anthony J. Annucci, and Terrence X. Tracy. I write to inform the Court that on June 22, 2023, I received the last of the transcripts ordered for purposes of these proceedings. *See* ECF Dkt. No. 13 (No. 23-814).

Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that defendants-appellants-cross-appellees be permitted to file their opening brief on September 21, 2023, which is ninety-one (91) days after the date that the last transcript was received.

Respectfully submitted,

*/s/ Blair J. Greenwald*

Blair J. Greenwald
Assistant Solicitor General
(212) 416-6102

cc: All counsel of record (via ECF)