United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 27, 2023
Docket #: 23-855cv
Short Title: Santiago v. Fischer

DC Docket #: 12-cv-2137
DC Court: EDNY (BROOKLYN)
DC Judge: Matsumoto
DC Judge: Tiscione

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.