# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand twenty-four,

Jesus Santiago,

  Plaintiff - Appellee-Cross Appellant,

v.

Superintendent Brian Fischer, individually and as Commissioner of the New York State Department of Corrections and Community Supervision, Anthony J. Annucci, individually and as Deputy Commissioner of and Counsel to DOCS, Terrence X. Tracy, individually and as Chief Counsel to DOP,

  Defendants - Appellants- Cross Appellees,

Andrew M. Cuomo, individually and as Governor of the State of New York, Andrea W. Evans, individually and as Chairwoman of the New York State Board of Parole, State of New York, John Does 1-10, DOCS Supervisory, Training, and Policy Personnel, Lucien J. LeClaire, Jr., individually and as former acting Commissioner of DOCS, Glenn S. Goord, individually and as former acting Commissioner of DOCS, Anthony G. Ellis, II, individually and as former Chairman and Chief Executive Officer of DOP, George B. Alexander, individually and as former Chairman and Chief Executive Officer of DOP, Kevin G. Ludlow, individually and as DOP Commissioner, Lisa Beth Elovich, individually and as DOP Commissioner, Sally A. Thompson, individually and as DOP Commissioner, Arroyo, individually and as DOP Area Supervisor, William McCartney, individually and as DOP Area Supervisor, McKinney, individually and as DOP Area Supervisor, Fleischman, individually and as DOP Senior Parole Officer, Paredes, individually and as DOP Senior

**ORDER**
Docket No: 23-814(L), 23-855(XAP)

Parole Officer, Darryl Stevenson, individually and as
DOP Senior Parole Officer, J. Mason, individually and as
DOP Parole Officer, Cynthia Johnson, individually and
as DOP Parole Officer, P Alvarez, individually and as
DOP Parole Officer, Richard Corrado, individually and
as DOP Parole Officer, Council, individually and as
DOP Parole Officer, Zunno, individually and as DOP
Parole Officer, John Does 11-20, DOP Supervisory,
Training, and Policy Personnel, Robert J. Dennison,
individually and as former Chairman of DOP,

    Defendants.

_____

  APPELLANTS, CROSS-APPELLEES has filed a scheduling notification, pursuant to the Court's Local Rule 31.2, setting March 04, 2024 as the Response and Reply Brief filing date.

  The scheduling notification hereby is so ordered.

            For The Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court